UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

OMNI ELEVATOR CORPORATION,

        Plaintiff

v.

GLENN GOODLEIN, DEAN LaDELFA,
DAVID COOPER, MICHAEL DONATELLI,
MIKE FERRIS, BRIAN HOOSE, ALAN
ROTHFUSS, MARK SCHWARTZ, RANDALL
SICKLER (Individually and in their official
capacities as member of the City of Rochester
Elevator Examining Board); STEVE DiMARZO,
MARK IV CONSTRUCTION COMPANY,
ALEXANDER EAST LLC; CRANE-HOGAN
STRUCTURAL SYSTEMS, INC.; JOHN McGROGAN,
JOHN DOE #1-#10, (said names being fictitious,
intending to designate as yet unidentified
individuals liable to the Plaintiff on one or
more causes of action set forth herein)

        Defendants.

**ORDER**

**Docket No. 17-cv-6366**

---

Upon the Plaintiff's Notice of Motion dated October 12, 2017, and the Declaration of JOHN M. REGAN, JR., ESQ. in support thereof; and upon the consent of all parties hereto that have appeared; and upon all the proceedings had heretofore and due deliberation having been had thereon

NOW, on motion of JOHN M. REGAN, JR., ESQ., attorney for the Plaintiff, it is hereby

ORDERED, that the following party Defendants are dropped from this action pursuant to F.R.Civ.P. 21:

        MICHAEL DONATELLI
        STEVE DiMARZO
        MARK IV CONSTRUCTION COMPANY
        ALEXANDER EAST LLC
        CRANE-HOGAN STRUCTURAL SYSTEMS, INC.

        JOHN McGROGAN

and it is further

        ORDERED, that the Clerk of the Court be and hereby is directed to amend the caption of the action accordingly.

Dated: October 13, 2017

                                          _Marian W Payson_____
                                          HON. MARIAN W. PAYSON
                                          MAGISTRATE JUDGE